**Romeo THIBOUTOT**

v.

**STATE of Maine, et al.**

Supreme Judicial Court of Maine.

Argued Sept. 22, 1983.

Decided Feb. 2, 1984.

Kettle & Carter, Burt Kettle, Edward W. Klein (orally), Portland, for plaintiff.

James E. Tierney, Atty. Gen., William R. Stokes (orally), Asst. Atty. Gen., Augusta, for defendants.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The Petitioner for habeas corpus relief, Romeo Thiboutot, appealed from an order entered in the Supreme Judicial Court by a single justice denying him such relief. He asserts that he was unlawfully denied bail pending trial for murder in the Superior Court, Sagadahoc County.

After the oral argument of his appeal, but before a decision was reached thereon, the Petitioner was tried in Superior Court for the offense for which he was being

detained. On January 17, 1984, he was acquitted and discharged without day.

Accordingly, we dismiss the appeal on the ground of mootness.

The entry is:

Appeal dismissed.

All concurring.